UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **DARIUS D. JONES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:24-cv-00780** |
| | ) | |
| **TENNESSEE DEPARTMENT OF CORRECTIONS et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | | |

**ORDER**

Before the Court is a Report and Recommendation ("R&R") (Doc. No. 38) recommending that the Court grant the motion for summary judgment (Doc. No. 28) and dismiss the claims against Defendant Keith Huggins on the merits and with prejudice, and dismiss the claims against the remaining defendants without prejudice for failure to comply with Fed. R. Civ. P. 4(m). No party filed a timely objection to the R&R.

When neither party objects to the R&R within 14 days of service, the Court need not review the matter independently. Lawhorn v. Buy Buy Baby, Inc., 2021 WL 1063075, at *1 (M.D. Tenn. Mar. 19, 2021); see also Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). Regardless, the Court thoroughly reviewed the R&R and agrees with its recommended disposition.

The R&R (Doc. No. 38) is **APPROVED AND ADOPTED**. The motion for summary judgment (Doc. No. 28) is **GRANTED**. The claims against Defendant Keith Huggins are **SEVERED** from this action under Rule 21 and **DISMISSED WITH PREJUDICE**. This action is **DISMISSED WITHOUT PREJUDICE**. This is a final order. The Clerk shall close the file.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE